**Francis OGBO, Plaintiff–Appellant,**

v.

**NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, Defendant–Appellee,**

John Schlissel, Steven Berger, Sam Cohen, Charlene Dave, and William Emslie, Defendants.

Docket No. 01–9134.

United States Court of Appeals, Second Circuit.

Sept. 6, 2002.

Vincent I. Eke–Nweke, Brooklyn, NY, for Appellant.

Patrick J. Walsh, Assistant Solicitor General (Mark Gimpel, Deputy Solicitor General, on the brief) for Eliot Spitzer, Attorney General of the State of New York, New York, NY, for Appellee.

Present CARDAMONE, STRAUB and KATZMANN, Circuit Judges.

### SUMMARY ORDER

AFTER ARGUMENT AND UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby AFFIRMED.

Plaintiff Francis Ogbo appeals from an August 30, 2001 judgment of the District Court granting summary judgment in favor of Defendant New York State Department of Taxation and Finance on Plaintiff's claims under Title VII for race-based and national origin discrimination. 42 U.S.C. § 2000e *et. seq.*

After carefully considering all of Plaintiff's contentions on appeal, we hereby AFFIRM the judgment of the District Court for substantially the reasons stated in the District Court's Opinion and Order of August 24, 2001.